IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

AMY P. MCLEAN                                                                                        PLAINTIFF

VS.                            CIVIL NO. 04-3048

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION            DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this the <u>24th</u> day of August 2005.

                                                        <u>/s/ Bobby E. Shepherd</u>
                                                        HONORABLE BOBBY E. SHEPHERD
                                                        UNITED STATES MAGISTRATE JUDGE